FILED
Date 1-3-03
Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No.: 8:02-cr-297-T-26TGW          Date: 1/3/03

U.S.A. vs. Donald Joe McKinney

| | |
|---|---|
| Honorable RICHARD A. LAZZARA | Interpreter: |
| Court Reporter: Donna Pike ~~Claudia Spangler-Fry~~ | Courtroom Deputy: Rita J. Cole |
| Attorney(s) for Government: | Attorney(s) for Defendant: |
| Colleen Murphy | Nicholas Matassini |

## CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

✓ Plea agreement is ratified & accepted. ✓ Defendant sworn. P.O. Gail Stafford

✓ Defendant is adjudged guilty on count(s) One (1) and Two (2) of the Indictment

✓ Imprisonment: 53 mos as to Count 1
53 mos as to Count 2 to run Concurrent

✓ The Court recommends confinement: minimum security facility in the Atlanta GA area. When he becomes eligible

( ) Defendant to reside at a Community Sanctions Center.
( ) Defendant to participate in and receive drug and alcohol treatment & rehabilitation while incarcerated. Participate in Sex Offender program at Butner NC.
( ) Defendant participate in the 500 Hour Intensive Drug Program

✓ Supervised Release: 3 yrs as to each Count ~~to run Concurrent~~

___ Probation: _____

✓ Fine: Waived ( ) Yes (✓) No, waived due to inability or amount of restitution.

___ Restitution: _____
✓ Special Assessment: $ 200.00     See Criminal Monetary Penalties - Page 5 of Judgment for details. As to Count(s) One + Two of the Indictment

SCANNED

23

Sentencing Minutes                                                                                         Page Two
Case No: 8:02-cr-297-T-26TGW                              Style: USA v. McKinney

✓ Special Conditions of ( ) Probation (✓) Supervised Release are:

( ) Defendant shall participate in the Home Detention Program for a period of _____. During this time defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the P.O.

( ) Defendant shall participate as directed in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

(✓) Defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the deft. shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services. *Sexual offender*

( ) The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the Probation Officer.

(✓) The mandatory drug testing provisions are waived.

( ) The defendant shall provide the Probation Officer access to any requested financial information.

( ) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases without approval of the Probation Officer.

( ) Should the defendant be deported, he shall not be allowed to re-enter the U.S. without the express permission of the United States Attorney General.

( ) Defendant shall perform _____ hours of community service.

(✓) The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by his Probation Officer.

(✓) The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

(✓) The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc. *associate with grandchild*

(✓) The defendant is prohibited from possessing, subscribing to, or viewing any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

(✓) The defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network systems. The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

(✓) The defendant shall submit to a search of his person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

*Brother - Ronald McKinney spoke on behalf of defendant. Patty McKinney.*
*Cooperate with the collection of DNA*

Sentencing Minutes                                                                 Page Three

Case No: 8:02-cr-297-T-26TGW                      Style: USA v. McKinney

☑ Defendant is remanded to custody of U.S. Marshal.

___ Defendant to surrender to ( ) designated institution as notified by U.S. Marshal

   ( ) at _____ ( ) on _____ ( ) not before _____

___ Original Indictment and/or Superseding Indictment and/or Count(s) _____
    of the Indictment/Information is / are dismissed on motion of the U.S. Attorney.

☑ Defendant advised of right to appeal and to counsel on appeal.

☑ Notice concerning Special Assessment/Fine/Restitution Payments furnished to counsel for Defendant.

___ Government's Motion for Downward Departure is GRANTED / DENIED by the Court. The Court departs downward _____ levels.

___ Defendant's Motion for Downward Departure is GRANTED / DENIED. Court departs downward _____ levels.

___ Oral Motion to Continue Sentencing by the Government / Defendant is orally GRANTED/DENIED by the Court.

___ Motion (Dkt.   ) to Continue Sentencing by the Government/Defendant is GRANTED/DENIED by the Court. Order to follow.

   Sentencing reset for _____.

OTHER: _____

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

Total Offense Level: __24__

Criminal History Category: __I__

Imprisonment Range: __51__ to __63__ months

Supervised Release Range: __2__ to __3__ years

Fine Range: $ __10,000__ to $ __100,000__

Restitution: $ _____ Special Assessment: $ __200.00__